**IT IS ORDERED as set forth below:**

Date: September 26, 2018

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| In re: | | CASE NUMBER |
|---|---|---|
| **GAIL RENA ALDRIDGE,** | | **15-67774-PMB** |
| Debtor. | | CHAPTER 7 |

### ORDER GRANTING DEBTOR'S
### MOTION TO REOPEN CASE FOR LIMITED PURPOSE

This matter comes before the Court on a *Motion to Reopen Bankruptcy* (Docket No. 44)(the "Motion") filed by the above-referenced Debtor (the "Debtor") on August 6, 2018. In the Motion, the Debtor appears to assert a discharge injunction violation and seeks to add creditors to her schedules.

The Motion was scheduled for a hearing on September 24, 2018 (Docket No. 49)(the "Hearing"). The Debtor appeared at the Hearing at which time she clarified that she seeks to reopen the instant case to pursue an alleged discharge injunction violation against creditor Exeter Finance Corporation.

In light of the foregoing, and for the reasons stated on the record at the Hearing, it is

**ORDERED** that the Motion is **GRANTED** and this case is hereby **REOPENED** for the limited purpose of allowing the Debtor to pursue an alleged discharge injunction violation under 11 U.S.C. § 524.  And it is further

**ORDERED** that the reopening fee of two hundred sixty dollars ($260.00) is **WAIVED** pursuant to the Bankruptcy Court Miscellaneous Fee Schedule of 28 U.S.C. § 1930, Subsection 11. It is further

**ORDERED** the automatic stay is not reimposed in this reopened case, nor is any property of the Debtor revested in the estate.[1]

The Clerk is directed to serve a copy of this Order upon the Debtor, the Chapter 7 Trustee, the United States Trustee, and all parties on the mailing matrix in this case.

**[END OF DOCUMENT]**

---

[1] Although it was not discussed by the Debtor at the Hearing, the Court is aware that the Debtor filed a *pro se* Chapter 13 case on September 24, 2018.  Given the limited purpose for which this case has been reopened, the existence of the new case does not prevent this reopening.